UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NORMAN HASIK AND DONNA HASIK          CIVIL ACTION

VERSUS                                NO: 06-6330

STATE FARM INSURANCE COMPANY          SECTION: J(1)
AND MEL NELSON

**ORDER AND REASONS**

Before the Court is **Plaintiffs' Motion to Remand (Rec. Doc. 6)**. State Farm Fire and Casualty Company opposed this motion, which was set for hearing on December 20, 2006 on the briefs alone.  Upon review of the record, the memoranda of counsel, and the applicable law, this Court now finds that for the same reasons set forth by the undersigned in Chieh v. Colony Ins. Co., 2006 WL 3437502 (E.D. La. Nov. 27, 2006) in its discussion of improper joinder of J. Everett Eaves, Inc., and Ron-Del Floor Service, Inc. v. St. Paul Travelers Ins. Co., 2006 WL 3437527 (E.D. La. Nov. 27, 2006) in its discussion of peremption, Plaintiff's motion to remand should be denied and the claims against Mel Nelson should be dismissed.  Accordingly,

**IT IS ORDERED** that **Plaintiffs' Motion to Remand (Rec. Doc. 6)** should be and hereby is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiffs' claims against Mel

1

Nelson are hereby **DISMISSED**.

New Orleans, Louisiana this 17th day of January, 2007.

*[signature]*

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE